RECEIVED

SEP - 4 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CARY VALLIER, JR. | CIVIL ACTION NO. 11-cv-0933 |
| VERSUS | JUDGE STAGG |
| BOSSIER MEDIUM SECURITY FACILITY, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion to Dismiss (Doc. 30)** and **Motion for Summary Judgment (Doc. 32)** are **granted** and all claims against all Defendants are **dismissed with prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 4th day of September, 2014.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE